

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

June 1, 2021

***Via ECF***
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Emily Gilbert v. Stony Brook University*, *et al.*, 21-CV-2273 (EDNY)

Your Honor:

      This Office represents Defendants State University of New York[1] ("SUNY"), Robert Reeves, Carla Cagliotti, and Maurice McInnis (collectively, "Defendants") in the above-referenced action. I write on behalf of the parties to request an adjournment of the Initial Status Conference scheduled for June 8, 2021 to July 12, 2021, or a date thereafter that is convenient for the Court. The Defendants were served on May 25 and May 26, 2021, and this Office has only begun its analysis of the claims in this litigation and to prepare a response to the complaint, which is due on June 15, 2021 for SUNY and June 16, 2021 for the Individual Defendants. Accordingly, the parties did not have the opportunity to meet and confer 21 days before the conference as provided for in the Mandatory Requirements for Initial Status Conference, and will need additional time to negotiate a Case Management Plan, which is currently due June 3, 2021.

      This is the parties' first request for an adjournment of the Initial Status Conference. We appreciate the Court's consideration of this joint request by the parties.

      Respectfully submitted,

      */s/ Christopher V Coulston*
      Christopher V. Coulston
      Assistant Attorney General
      212-416-8556
      christopher.coulston@ag.ny.gov

---

[1] Stony Brook University is not a legally cognizable entity separate and apart from SUNY and cannot be separately sued. *See* N.Y. Educ. Law §§ 351 and 352.

Hon. Brian M. Cogan
June 1, 2021
Page 2 of 2

cc: All parties of record (*via* ECF)