## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of EASTERN DISTRICT OF NEW YORK | United States District Court |

Index Number: 21-CV-2273
Date Filed: _____

Plaintiff:
**EMILY GILBERT**

vs.

Defendants:
**STONY BROOK UNIVERSITY, ROBERT REEVES** in his individual capacity, **CARLA CAGLIOTI** in her individual and official capacity, and **MAURIE MCINNIS**, in her Official Capacity

For:
ANEEBA REHMAN
PERVEZ & REHMAN, P.C.
68 SOUTH SERVICE ROAD
SUITE 100
MELVILLE, NY 11747

Received by Delta Court Service DCA#2094792-DCA on the 10th day of May, 2021 at 2:35 pm to be served on **STONY BROOK UNIVERSITY, 100 NICOLLS ROAD, STONY BROOK, NY 11794**.

I, Thomas Steidel, being duly sworn, depose and say that on the **25th day of May, 2021** at **10:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND VERIFICATION TO DAVID NIDA** as **ASSOCIATED COUNSEL** for **STONY BROOK UNIVERSITY**, at the address of: **100 NICOLLS ROAD, ROOM 328, STONY BROOK, NY 11769**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 43, Sex: M, Race/Skin Color: WHITE, Height: 5'9", Weight: 175, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of New York, County of SUFFOLK, ss:
Subscribed and Sworn to before me on the 27 day of
MAY 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRISTOBEL R. ZALAK
NOTARY PUBLIC, State of New York
No. 4672448
Qualified in Suffolk County
Term Expires May 31, 2022

Thomas Steidel
Process Server

Delta Court Service DCA#2094792-DCA
87-67 148th Street
2nd Floor
Jamaica, NY 11435
(718) 739-3020

Our Job Serial Number: DCS-2021001169
Ref: 21-CV-2273

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b



## AFFIDAVIT OF SERVICE

State of New York | County of EASTERN DISTRICT OF NEW YORK | United States District Court

Index Number: 21-CV-2273
Date Filed: _____

Plaintiff:
**EMILY GILBERT**

vs.

Defendants:
**STONY BROOK UNIVERSITY, ROBERT REEVES in his individual capacity, CARLA CAGLIOTI in her individual and official capacity, and MAURIE MCINNIS, in her Official Capacity**

For:
ANEEBA REHMAN
PERVEZ & REHMAN, P.C.
68 SOUTH SERVICE ROAD
SUITE 100
MELVILLE, NY 11747

Received by Delta Court Service DCA#2094792-DCA on the 10th day of May, 2021 at 2:35 pm to be served on **MAURIE MCINNIS, IN HER OFFICIAL CAPACITY, 100 NICOLLS ROAD, STONY BROOK, NY 11794.**

I, Thomas Steidel, being duly sworn, depose and say that on the **25th day of May, 2021 at 10:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND VERIFICATION TO DAVID NIDA, as ASSOCIATED COUNSEL** for **MAURIE MCINNIS,**, at the address of: **100 NICOLLS ROAD, ROOM 328, STONY BROOK, NY 11794**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 43, Sex: M, Race/Skin Color: WHITE, Height: 5'9", Weight: 175, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of New York, County of SUFFOLK, ss:
Subscribed and Sworn to before me on the 27th day of
MAY, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRISTOBEL R. ZALAK
NOTARY PUBLIC, State of New York
No. 4672448
Qualified in Suffolk County
Term Expires May 31, 2022

Thomas Steidel
Process Server

Delta Court Service DCA#2094792-DCA
87-67 148th Street
2nd Floor
Jamaica, NY 11435
(718) 739-3020

Our Job Serial Number: DCS-2021001170
Ref: 21-CV-2273

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

## AFFIDAVIT OF SERVICE

State of New York     County of EASTERN DISTRICT OF NEW YORK     United States District Court

Index Number: 21-CV-2273
Date Filed: _____



Plaintiff:
**EMILY GILBERT**

vs.

Defendants:
**STONY BROOK UNIVERSITY, ROBERT REEVES** in his individual capacity, **CARLA CAGLIOTI** in her individual and official capacity, and **MAURIE MCINNIS**, in her official Capacity

For:
ANEEBA REHMAN
PERVEZ & REHMAN, P.C.
68 SOUTH SERVICE ROAD
SUITE 100
MELVILLE, NY 11747

Received by Delta Court Service DCA#2094792-DCA on the 10th day of May, 2021 at 2:35 pm to be served on **ROBERT REEVES IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, 39 TUCKAHOE ROAD, SOUTHAMPTON, NY 11968.**

I, JOHN NUGENT, being duly sworn, depose and say that on the **27th day of May, 2021 at 12:30 pm**, I:

Served a **SUITABLE AGE PERSON** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND VERIFICATION** with **CARLA CAGLIOTI at 39 TUCKAHOE ROAD, SOUTHAMPTON, NY 11968.**

**Additional Information pertaining to this Service:**
MILITARY STATUS: I asked the recipient, Carla Caglioti, whether the defendant, Robert Reeves, was in the active military service or a dependent of anyone in the active military service of the United States or of the State of New York in any capacity and received a negative reply. The source of my information and the grounds of my belief is the conversation above narrated. Upon information and belief I aver that the defendant is not in the military service or a dependent of anyone in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

**Description of Person Served:** Age: 60, Sex: F, Race/Skin Color: WHITE, Height: 5'10", Weight: 150, Hair: GREY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of New York, County of Suffolk ss:
Subscribed and Sworn to before me on the 1st day of June, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC
BRITTANY A. GENOINO
Notary Public, State of New York
No. 01GE6245154
Qualified in Suffolk County
Commission Expires July 18, 2023

JOHN NUGENT
Process Server

Delta Court Service DCA#2094792-DCA
87-67 148th Street
2nd Floor
Jamaica, NY 11435
(718) 739-3020

Our Job Serial Number: DCS-2021001171
Ref: 21-CV-2273

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b



2021001171

# AFFIDAVIT OF MAILING

DELTA COURT SERVICE
87-67 148TH STREET
JAMAICA, NY 11435
DCA LICENSE# 2084432

**UNITED STATES DISTRICT COURT**  INDEX # 21-CV-2273
**EASTERN DISTRICT OF NEW YORK**

**EMILY GILBERT**

- PLAINTIFF

VS.

**STONY BROOK UNIVERSITY, ROBERT REEVES in his individual capacity, CARLA CAGLIOTI in her individual and official capacity, and MAURIE MCINNIS, in her official Capacity**

- DEFENDANT

---

STATE OF NEW YORK, COUNTY OF QUEENS

**KATHLEEN RAWNER**, BEING DULY SWORN, DEPOSES AND SAYS THAT DEPONENT IS NOT A PARTY TO THIS ACTION, IS OVER 18 YEARS OF AGE AND RESIDES IN THE STATE OF NEW YORK.

FIRST CLASS MAILING:ON **5/28/2021** DEPONENT ENCLOSED A COPY OF THE **SUMMONS IN A CIVIL ACTION, COMPLAINT AND VERIFICATION** IN A FIRST CLASS POSTPAID SEALED WRAPPER MARKED "PERSONAL AND CONFIDENTIAL", NOT INDICATING ON THE OUTSIDE THEREOF, BY RETURN ADDRESS OR OTHERWISE, THAT THE COMMUNICATION IS FROM AN ATTORNEY OR CONCERNS AN ACTION AGAINST THE PERSON TO BE SERVED, PROPERLY ADDRESSED TO **"ROBERT REEVES, 39 TUCKAHOE ROAD, SOUHAMPTON, NEW YORK 11968."**

SWORN TO BEFORE ME ON
5-28-2021

*[signature: Victor Rawner]*                    *[signature: Kathleen Rawner]*
                                                **KATHLEEN RAWNER**

VICTOR RAWNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6399727
Qualified in Nassau County
My Commission Expires 10-28-2023

## AFFIDAVIT OF SERVICE

| State of New York | County of EASTERN DISTRICT OF NEW YORK | United States District Court |

Index Number: 21-CV-2273
Date Filed: _____

Plaintiff:
**EMILY GILBERT**

vs.

Defendants:
**STONY BROOK UNIVERSITY, ROBERT REEVES** in his individual capacity, **CARLA CAGLIOTI** in her individual and official capacity, and **MAURIE MCINNIS**, in her official Capacity

For:
ANEEBA REHMAN
PERVEZ & REHMAN, P.C.
68 SOUTH SERVICE ROAD
SUITE 100
MELVILLE, NY 11747

Received by Delta Court Service DCA#2094792-DCA on the 10th day of May, 2021 at 2:35 pm to be served on **CARLA CAGLIOTI IN HER INDIVIDUAL AND OFFICIAL CAPACITY, 39 TUCKAHOE ROAD, SOUTHAMPTON, NY 11968**.

I, JOHN NUGENT, being duly sworn, depose and say that on the 27th day of May, 2021 at 12:30 pm, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND VERIFICATION** to: **CARLA CAGLIOTI IN HER INDIVIDUAL AND OFFICIAL CAPACITY** at the address of: **39 TUCKAHOE ROAD, SOUTHAMPTON, NY 11968**, and informed said person of the contents therein, in compliance with state statutes. Recipient was identified by self-admission.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: WHITE, Height: 5'10", Weight: 150, Hair: GREY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of New York, County of Suffolk ss:
Subscribed and Sworn to before me on the 1st day of June, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

BRITTANY A. GENOINO
Notary Public, State of New York
No. 01GE6245154
Qualified in Suffolk County
Commission Expires July 18, 2023

JOHN NUGENT
Process Server

Delta Court Service DCA#2094792-DCA
87-67 148th Street
2nd Floor
Jamaica, NY 11435
(718) 739-3020

Our Job Serial Number: DCS-2021001172
Ref: 21-CV-2273

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

